United States Bankruptcy Court
Eastern District of New York

IN RE:                                                                                    Case No. _____

Pier-Tech Inc._____      Chapter **11**_____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **December 10, 2013**                   **/s/ Robert Sackaris**_____
                                                                  Debtor


                                                                  _____
                                                                  Joint Debtor


                                                                  **/s/ Salvatore LaMonica, Esq.**_____
                                                                  Attorney for Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ADSC
8445 FREEPORT PARKWAY
DALLAS, TX  75254


ALL COVERED
PO BOX 39000 DEPT 33163
SAN FRANCISCO, CA  94139-3163


AMORUSO CONTRACTING CO
131-36 20TH AVENUE
COLLEGE POINT, NY  11356


AMORUSO EQUIPMENT RENTAL CO
131-36 20TH AVENUE
COLLEGE POINT, NY  11356


AON PREMIUM FINANCE
390 NORTH BROADWAY
JERICHO, NY  11753


AON RISK SERVICES NORTH EAST
390 NORTH BROADWAY
JERICHO, NY  11753


ATLAS COPCO
LOCKBOX 6621
401 MARKET STREET
PHILADELPHIA, PA  19106


AUSTER RUBBER CO INC
238 NORTH 9TH STREET
BROOKLYN, NY  11211


AWISCO 17275
55-15 43RD STREET
MASPETH, NY  11378

BAY CRANE
11-02 43RD AVE
LONG ISLAND CITY, NY   11101


BGB TRANSPORT INC
302 THIRD STREET
ELIZABETH, NJ   07206


BUDGET PRINT CENTER
6 COLLEGE PLACE
ROCKVILLE CENTRE, NY   11570


BUZZI UNICEM USA
10401 NORTH MERIDIAN STREET SUITE 400
INDIANAPOLIS, IN   46290


C&M MANUFACTURING CO
30207 COMMERCE BOULEVARD
CHESTERFIELD, MI   48051


CALVIN MOTOR PARTS
2273 BABYLON TURNPIKE
MERRICK, NY   11566


CARR BUSINESS SYSTEMS
15921 CROSSBAY BOULEVARD
HOWARD BEACH, NY   11414


CASSONE LEASING INC
1590 LAKELAND AVNEUE
RONKONKOMA, NY   11779


CCA CONTRUCTION CONSULTING ASSOCIATES
100 CHURCH STREET SUITE 850
NEW YORK, NY   10007

CLARITY TESTING SERVICES INC
150 WHITE PLAINS ROAD
TARRYTOWN, NY  10591


COLONY INSURANCE COMPANY
PO BOX 469012
SAN ANTONIO, TX  78246


COMMERCIAL CREDIT GROUP
169 COMMACK ROAD
COMMACK, NY  11725


CON TECH SYSTEMS LTD
8150 RIVER ROAD
DELTA, BC  V4G 1B5


CONSTRUCTION INFORMATION SYSTEMS
170 KINNELON ROAD
KINNELON, NJ  07405


COOL BREEZE PEST CONTROL
2611 MOUNT AVENUE
OCEANSIDE, NY  11572


ECA EQUIPMENT CORP OF AMERICA
PO BOX 306
CORAOPOLIS, PA  15108


ENGOURDA MANAGEMENT
C/O DON DRAISON
17 CARUSO PLACE
ARMONK, NY  10504


FDF TRANSPORT LLC
302 THIRD STREET
ELIZABETH, NJ  07206

GE CAPITAL
PO BOX 642333
PITTSBURGH, PA   15264-2333


GLOBAL DRILLING SUPPLIERS
12101 CENTRON PLACE
CINCINATTI, OH   45246


GLOBAL INDEMNITY INSURANCE AGENCY INC
195 SCOTT SWAMP ROAD
FARMINGTON, CT   06032


HAMMER & STEEL
11916 MISSOURI BOTTOM ROAD
ST LOUIS, MO   63042-2313


HAMMER & STREEL
11916 MISSOURI BOTTOM ROAD
ST LOUIS, MO   63042-2313


HAYWARD BAKER INC
260 GREEN STREET
SOUTH HACKENSACK, NJ   00000


HELLER AND JOHNSON
FOOT OF BROAD STREET
STRATFORD, CT   06615


HERTZ EQUIPMENT RENTAL
5-02 54TH AVENUE
LONG ISLAND CITY, NY   11101


HOLTE MANUFACTURING
181 POLK STREET
EUGENE, OR   97402

IPFS CORPORATION
PO BOX 9045
NEW YORK, NY  10087-9045


LMC SPECIALTIES
118 CORNELIA STREET
FREEPORT, NY  11520


LMW ENGINEERING GROUP LLC
2539 BRUNSWICK AVENUE
LINDEN, NJ  07036


LOCAL 138
137 GAZZA BLVD
FARMINGDALE, NY  11735


LOCAL 14
141-57 NORTHERN BLVD
FLUSHING, NY  11354


LOCAL 14 HCIF
141-57 NORTHERN BLVD
FLUSHING, NY  11354


LOCAL 1456
395 HUDSON STREET
NEW YORK, NY  10014-3695


LOCAL 1456 (ASSESSMENTS)
395 HUDSON STREET 8TH FLOOR
NEW YORK, NY  10014


LOCAL 1456 (HCIF)
395 HUDSON STREET
NEW YORK, NY  10014

```
LOCAL 15
44-40 11TH STREET
LONG ISLAND CITY, NY   11101


LOCAL 15 HCIF
44-40 11TH STREET
LONG ISLAND CITY, NY   11101


LOCAL 15D
265 WEST 14TH STREET ROOM 509
NEW YORK, NY   10011-7193


LOCAL 15D HCIF
265 WEST 14TH STREET ROOM 509
NEW YORK, NY   10011-7193


LOCAL 731 (BENEFIT FUNDS)
34-11 35TH AVENUE
ASTORIA, NY   11106


LOCAL 731 (LECET)
34-11 35TH AVENUE
ASTORIA, NY   11106


LOCAL 731 (SUPPLEMENTAL DUES)
34-11 35TH AVE
ASTORIA, NY   11106


LOCAL 731(NYSPAC)
34-11 35TH AVE
ASTORIA, NY   11106


MAGNUM GEO-SOLUTIONS
6083 SCHUMACHER PARK DRIVE
WEST CHESTER, OH   45069
```

MAGNUM PIERING
6083 SCHUMACHER PARK DRIVE
WEST CHESTER, OH   45069


MORETRENCH AMERICAN CORP
100 STICKLE AVE
ROCKAWAY, NJ   07866


NEW YORK HEAVY TRUCKING
2145 CUPRESS STREET
WANTAGH, NY   11793


NYCON SUPPLY CORP
47-17 27TH STREET
LONG ISLAND CITY, NY   11101


PETERSON GEOTECH
1551 E GENESSE STREET
SKANEATELES, NY   13152


PT CONSULTANTS
629 CREEK ROAD
BELLMAWR, NJ   08031


RIVKIN RADLER LLP
926 RXR PLAZA
UNIONDALE, NY   11556-0926


SALTUS LLC
PO BOX 1000
NEW YORK, NY   10274


SKYLINE 1
24771 NET WORK PLACE
CHICAGO, IL   60673

STATE INSURANCE FUND
WORKERS COMPENSATION
PO BOX 4788
SYRACUSE, NY  13221-4788


STROH ENGINEERING
41 ROBERT STREET
BABYLON, NY  11702


TITAN DRILLING SPECIALISTS INC
1 CROSSMAN LANE
DANVERS, MA  01923


TJM INC LLC
2206 TODD ROAD
ALLQUIPPA, PA  15001


TODD & LEVI LLP
444 MADISON AVENUE SUITE 1202
NEW YORK, NY  10022


TUYAUX ET MATERIAL DE FONDATION LTEE
5025 RAMSAY
ST HUBERT, QC  J3Y 2S3


UNITED FUEL SERVICE
245 RUSSEL STREET
BROOKLYN, NY  11222


VACHRIS ENGINEERING PC
370 OLD COUNTRY ROAD
GARDEN CITY, NY  11530

WILIAM SCOTSMAN
CORPORATE OPERATIONS
901 SOUTH BOND STREET
BALTIMORE, MD   21231


WILLIAM LOZITO
7 WALLACE STREET
ROCKVILLE CENTRE, NY   11570